# United States District Court

## Southern District of Georgia

VPR BRANDS, LP

_____
Plaintiff

v.

VAPE LOFT ABERCORN, LLC, et al.

_____
Defendant

Case No. 4:23-cv-00115-RSB-CLR

Appearing on behalf of 3rd Party Defendants Imiracle (HK), Ltd. & Ecto World LLC

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 5th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Joseph A. Smith

Business Address: Thompson Hine LLP
Firm/Business Name

1919 M St., NW, Ste. 700
Street Address

Washington   DC   20036
Street Address (con't)   City   State   Zip

Same as above
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(202) 263.4145   N/A
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: joe.smith@thompsonhine.com