# United States District Court

## Southern District of Georgia

VPR BRANDS, LP

_____  Case No. __4:23-cv-00115-RSB-CLR__
Plaintiff

v.  VAPE LOFT ABERCORN, LLC,   Appearing on behalf of 3rd Party Defendants
et al.   __Imiracle (HK), Ltd. & Ecto World LLC__
_____    (Plaintiff/Defendant)
Defendant

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __5th__ day of __July__, __2023__.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Eric N. Heyer |
| Business Address: | Thompson Hine LLP |
| | Firm/Business Name |
| | 1919 M St., NW, Ste. 700 |
| | Street Address |
| | Washington     DC     20036 |
| | Street Address (con't)   City   State   Zip |
| | Same as above |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (202) 263-4128                N/A |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | eric.heyer@thompsonhine.com |