UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VPR BRANDS, LP, | ) |
| | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| VAPE LOFT ABERCORN, LLC, *et al.*, | ) |
| | ) |
|     Defendants/Counterclaim Plaintiffs, | )    CV423-115 |
| VAPE LOFT ABERCORN, LLC, *et al.*, | ) |
| | ) |
|     Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ECTO WORLD LLC D/B/A DEMAND VAPE, and IMIRACLE (HK)., LTD., | ) |
| | ) |
|     Third Party Defendants. | ) |

## **ORDER**

The Court held an August 16, 2023 scheduling conference with the parties to discuss their Rule 26(f) Report. Doc. 59. At the conference, the parties consented to a 60-day stay of all discovery-related deadlines since

disposition of several pending motions may limit the scope of discovery. The parties' consent stay request is **GRANTED**, and their Rule 26(f) Report is **TERMINATED**. Doc. 59. All discovery-related deadlines are **STAYED**,[1] and the Court will hold an October 16, 2023 status conference to discuss whether the stay should continue, or whether the Court should enter a Scheduling Order. The discovery stay shall remain in effect pending further order from the Court after the October 16, 2023 conference.[2] To the extent any party believes that the stay should lift before the October 16, 2023 conference, that request may be made in a motion.

**SO ORDERED**, this 17th day of August, 2023.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] To be clear, this stay only applies to discovery-related deadlines, including the deadline to file a renewed Rule 26(f) Report. This stay does not apply to, *e.g.*, deadlines for responding/replying to currently-pending motions.

[2] As discussed at the August 16, 2023 conference, the Court makes no determination regarding whether it will require the parties to submit a renewed Rule 26(f) Report. The Court may instead set discovery deadlines based on its discussion with counsel at the October 16, 2023 conference.