# Exhibit 2

## DECLARATION OF MATTHEW JONATHAN GLAUSER

I, Matthew Jonathan Glauser, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am over 18 years of age and would be competent to testify as to the information set forth herein if called as a witness in court.

2. I make this declaration based on my own personal knowledge.

3. I am the Chief Strategy Officer of Ecto World LLC d/b/a Demand Vape ("Demand Vape"), which is a defendant in this case.

4. I am aware that on February 23, 2023, the Court entered a preliminary injunction order in this case as to all Defendants, including Demand Vape. Prior to entry of the preliminary injunction order, Demand Vape sold ELFBAR products.

5. Immediately upon learning of entry of the preliminary injunction order, I directed that our staff should halt all sales of any ELFBAR products and any LOST MARY-branded products that contain packaging or labeling that references "Designed by ELFBAR" through the point-of-sale system on our website, which is how orders are placed by our customers.

6. My instructions were followed immediately and all references to ELFBAR products and imagery of ELFBAR products were removed from our website and all sales of the products were halted that same day.

7. In the following days and weeks, for the inventory of LOST MARY products that remained at our warehouse that stated "Designed by ELFBAR" on the packaging, our employees placed blank stickers over the "Designed by ELFBAR" language on the labels prior to allowing the products to be sold. Our staff also updated the LOST MARY product imagery on the website to remove any references to ELFBAR or "Designed by ELFBAR."

8. On February 23, 2023, the date the Court entered the preliminary injunction order, Demand Vape's total inventory of ELFBAR products was 428,400 units.

9. As of April 17, 2023, Demand Vape's total inventory of ELFBAR products was 428,400 units.

10. On March 3, 2023, we discovered that, because some customers had returned ELFBAR products that had been purchased prior to February 23, 2023, our system automatically showed some ELFBAR products as available for purchase on the website and 136 units of ELFBAR products with a total value of $1,093 had been mistakenly purchased and shipped on March 2, 2023.

11. When we discovered this, we contacted those customers, asked them to return those units of ELFBAR products back to us, and offered to refund their purchase price, since they should not have been able to purchase the ELFBAR products from us due to the preliminary injunction. On March 8, 2023, they returned all 136 units of the ELFBAR products to us and we provided them with a full refund of the purchase price they had paid.

12. Other than these inadvertent sales, Demand Vape has made no other sales of ELFBAR products since the Court's preliminary injunction order.

13. Since entry of the Court's preliminary injunction order, Demand Vape has not imported any ELFBAR products.

14. Since entry of the Court's preliminary injunction order, Demand Vape has stopped all advertising and marketing of ELFBAR products.

15. At no time has Demand Vape repackaged any ELFBAR products into any other packaging, including any BC-5000 packaging or boxes.

16. I am unaware of any ELFBAR products ever being repackaged by any person into any other packaging, including any BC-5000 packaging or boxes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of April 2023.

_____
Matthew Jonathan Glauser

3