# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

VPR BRANDS, LP,                          )
                                         )
    Plaintiff /                  )
    Counter-Defendant,           )
                                         )
v.                                       )          CV423-115
                                         )
VAPE LOFT ABERCORN, LLC,                 )
*et al.*,                                )
                                         )
    Defendants /                 )
    Counter-Plaintiffs.          )

---

VAPE LOFT ABERCORN, LLC,                 )
*et al.*,                                )
                                         )
    Third-Party Plaintiffs,      )
                                         )
v.                                       )
                                         )
IMIRICLE (HK) LIMITED, and               )
ECTO WORLD, LLC ,                        )
                                         )
    Third Party Defendants.      )

---

IMIRACLE (HK) LIMITED,              )
                                   )
    Third-Party Crossclaim          )
    Plaintiff,                      )
                                   )
v.                                 )
                                   )
VPR BRANDS, LP,                    )
                                   )
    Third-Party Crossclaim          )
    Defendant.                      )

## ORDER

The Court previously stayed all discovery-related deadlines in this case. Doc. 106. During a status conference on January 24, 2024, doc. 118 (Minute Entry), all parties agreed that a continuation of the stay was appropriate given the various dispositive motions pending before the District Judge. *See* docs. 56, 81, 113. The Court has broad discretion to stay discovery as part of its inherent authority to control its docket. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). It will do so here. All discovery-related deadlines remain **STAYED**,[1] pending a video status conference on May 1, 2024. The discovery stay shall remain in effect pending further order from the Court. If any party believes the stay

---

[1] As before, the stay only applies to discovery-related deadlines and does not apply to deadlines for responding or replying to currently pending motions.

should be lifted prior to such an order, it may raise that request by filing a motion.

**SO ORDERED,** this 26th day of January, 2024.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA